## No. 13,631.

### BJORKQUIST v. BJORKQUIST.
(51 P. [2d] 1181)

Decided November 12, 1935. Rehearing denied December 2, 1935.

Judgment in favor of the husband in a separate maintenance suit by the wife and cross suit for divorce by the husband, affirmed in department without written opinion, MR. CHIEF JUSTICE BUTLER, MR. JUSTICE CAMPBELL and MR. JUSTICE HILLIARD participating.

576

Mr. Robert H. Kane, for plaintiff in error.

Mr. Benjamin E. Sweet, Mr. Jean S. Perkins, for defendant in error.